Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

***E-FILED ON 7/22/05***

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-05-00008 HRL |
| Plaintiff, | Hon. Howard R. Lloyd |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ALEJANDRO BOSCO HOYTE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| ALEJANDRO BOSCO HOYTE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

("DIRECTV") and Defendant ALEJANDRO BOSCO HOYTE ("Defendant"), through their

respective counsel of record, that the above-captioned action be and hereby is dismissed without

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear

its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated June 27, 2005

("Agreement") entered into between the Defendant and DIRECTV require the performance of

certain obligations by Defendant that will not be completed until July 2007.  If the Defendant

does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

enforcement of those obligations in this Court.  The parties therefore have consented, and hereby

further stipulate and consent to, the retention of jurisdiction over them by this Court and to

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ALEJANDRO BOSCO HOYTE AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1   reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

2   the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain

3   such jurisdiction.

4   DATED: July 20, 2005                    Respectfully Submitted,

5                                           BUCHALTER, NEMER, FIELDS & YOUNGER
                                            A Professional Corporation
6

7

8                                           By:_____/s/ Suzanne M. Burke_____
                                                    Suzanne M. Burke
9                                           Attorneys for Plaintiff DIRECTV, Inc.

10  DATED: July 20, 2005                    PARR LAW GROUP

11

12

13                                          By:_____/s/ Shawn R. Parr_____
                                                    Shawn R. Parr
14                                          Attorneys for Defendant Alejandro Bosco Hoyte

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ALEJANDRO BOSCO HOYTE AND
REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

## <u>ORDER</u>

2      HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3   Dismissal of Defendant ALEJANDRO BOSCO HOYTE and Request to Retain Jurisdiction, and

4   such other pleadings, documents and records deemed appropriate by the Court, and good cause

5   appearing therefore, IT IS HEREBY ORDERED:

6      (1)   Defendant ALEJANDRO BOSCO HOYTE is hereby dismissed from this

7   action without prejudice;

8      (2)   Each of said parties to bear its/his own costs and attorney's fees; and

**Until August 17, 2007, this**

9      (3)   ~~The~~ Court shall retain jurisdiction over DIRECTV and Defendant

10   ALEJANDRO BOSCO HOYTE to enforce the terms described above of the Settlement

11   Agreement between those parties dated June 27, 2005.~~and hereby refers any further proceedings~~

12   ~~in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this~~

13   ~~District.~~

14   Dated:  **July 22, 2005**

15

16

**/s/ Howard R. Lloyd**

17   _____

Honorable Howard R. Lloyd

18   United States District Court
Northern District of California

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT ALEJANDRO BOSCO HOYTE AND
REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**